2/12/2024

Magdeline D. Coleman

Chief Judge, United States Bankruptcy Court

Reference: Case #24-10257

I am requesting a one week extension of time. I have been ill with influenza A and have been unable to complete the schedules due today. Thank you for your consideration.

Sincerely,

Bonnie MacDonald

531 S Warminster Road

Hatboro, PA 19040

267-239-7484



FILED
FEB 1 2 2024
TIMOTHY McGRATH, CLERK