UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    Bonnie Lynn MacDonald             Chapter 13

       *Debtor*                                  24-10257-MDC

ORDER

**AND NOW**, this 13th day of February, 2024, upon consideration of the Debtor's Request for an Extension of Time to File Required Documents, it is hereby **ORDERED** that the request is **GRANTED** for the documents listed below. The Debtor may file these documents on or before February 27, 2024.

Chapter 13 Plan
Summary of Assets and Liabilities Form B106
Schedules A/B, C, D, E/F, G, H, I, J
Statement of Financial Affairs
Chapter 13 Statement of Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2 (if applicable)

*/s/ Magdeline D. Coleman*
_____
**Magdeline D. Coleman**
United States Bankruptcy Judge