United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-10257-pmm

Bonnie Lynn MacDonald | Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3

Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie Lynn MacDonald, 531 S. Warminster Road, Hatboro, PA 19040-4029 |
| cr | + | Commonwealth of Pennsylvania, Department of Revenu, Office of Attorney General, c/o Brad G. Kubisiak, 1600 Arch Street, Suite 300, Philadelphia, PA 19103 UNITED STATES 19103-2016 |
| 14849761 | | Abington Rehabilitation Assoc., LLC, 2510 Maryland Road, Suite 150, Willow Grove, PA 19090-1143 |
| 14868993 | + | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, Esquire, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14849762 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14849804 | | Main Line Emergency Medical Assoc, 56 W. Main Street Ste 305, Christiana, DE 19702-1503 |
| 14849819 | | Montgomery County SPCA, 19 E. Ridge Pike/ PO Box 222, Conshohocken, Pa 19428-0222 |
| 14849815 | + | New Jersey E-Z Pass Violations Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 14849806 | | Pennsylvania Heart& Vascular Grp/Aria Health, PO Box 780102, Philadelphia Pa 19178-0102 |
| 14849808 | | Philadelphia Fire Department, PO Box 1280, Oak, Pa 19456-1280 |
| 14849809 | | Radiology Associated of the Main Line PC, PO Box 678678, Dallas TX 75267-8678 |
| 14849810 | | Rheumatic Disease Associate, LTD, 2360 Maryland Road, Willow Grove Pa 19090-1709 |
| 14849812 | | SEPA Horsham, PO Box 826499, Philadelphia Pa 19182-6499 |
| 14872001 | + | Santander Consumer USA Inc., C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14849813 | + | Tower Health, PO Box 16051, Reading, Pa 19612-6051 |
| 14852418 | + | U.S. Bank Trust Company, National Association, C/O Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14849814 | + | Upper Moreland Township, 117 Park Avenue, Willow Grove, Pa 19090-3299 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | Jun 06 2024 23:59:00 | Santander Consumer USA Inc.,, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton rd., Roseville, MN 55113-1100 |
| 14849820 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:28 | CACH, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14849817 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 07 2024 00:00:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14849818 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2024 00:00:00 | Dept of Treasury, Internal Revenue Service, Philadelphia Pa 19255-0030 |
| 14858924 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14858923 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0313-2                              User: admin                              Page 2 of 3

Date Rcvd: Jun 06, 2024                          Form ID: pdf900                          Total Noticed: 31

| | | | |
|---|---|---|---|
| | Jun 07 2024 00:08:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14856031 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | Jun 07 2024 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14849816 | ^ MEBN | | |
| | Jun 06 2024 23:58:12 | Pa Turnpike Toll by Plate, PO Box 645631, Pittsburgh, Pa 15264-5254 |
| 14849805 | ^ MEBN | | |
| | Jun 06 2024 23:58:06 | Patient First, PO Box 718941, Philadelphia Pa 19171-8941 |
| 14854934 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | Jun 07 2024 00:00:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14849811 | Email/Text: enotifications@santanderconsumerusa.com | | |
| | Jun 07 2024 00:00:00 | Santander Consumer USA, Po Box 660633, Dallas, TX 75266-0633 |
| 14849821 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | Jun 07 2024 00:00:00 | Select Portfolio Servicing LLC, PO Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14869219 | *+ | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, Esquire, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14872205 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  wcraig@egalawfirm.com, |

District/off: 0313-2                                    User: admin                                         Page 3 of 3
Date Rcvd: Jun 06, 2024                          Form ID: pdf900                             Total Noticed: 31

mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
BONNIE LYNN MACDONALD |
| Bankruptcy No. 24-10257-PMM
Debtor |

## ORDER

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

      **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 6, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge