**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Bonnie Lynn MacDonald, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 24-10257 (PMM) |

# O R D E R

**AND NOW,** upon consideration of the Motion for Relief filed by U.S. Bank (doc. #37, the "Motion");

**BUT** this bankruptcy case having been dismissed on June 6, 2024;

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

Date: 6/13/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**