United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 24-10257-pmm

Bonnie Lynn MacDonald                                                         Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 1

Date Rcvd: Jun 13, 2024                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonnie Lynn MacDonald, 531 S. Warminster Road, Hatboro, PA 19040-4029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bonnie Lynn MacDonald,　　　　:　　Chapter 13
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Debtor.　　　:　　Bky. No. 24-10257 (PMM)

## O R D E R

　　　　**AND NOW,** upon consideration of the Motion for Relief filed by U.S. Bank (doc. #37,

the "Motion");

　　　　**BUT** this bankruptcy case having been dismissed on June 6, 2024;

　　　　It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.


Date: 6/13/24
　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　**PATRICIA M. MAYER**
　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**